IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARCELA VALLIN BARAJAS,

Defendant.

**8:14CR295**

DETENTION ORDER PENDING TRIAL

A.  **Order For Detention**
    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail
    Reform Act, the Court orders the above-named defendant detained pursuant to 18
    U.S.C. § 3142(e) and (I).

B.  **Statement Of Reasons For The Detention**
The Court orders the defendant's detention because it finds:
    __X__    By a preponderance of the evidence that no condition or combination of
             conditions will reasonably assure the appearance of the defendant as
             required.
    ____     By clear and convincing evidence that no condition or combination of
             conditions will reasonably assure the safety of any other person or the
             community.

C.  **Finding Of Fact**
The Court's findings are based on the evidence which was presented in court and that
    which was contained in the Pretrial Services Report, and includes the following:
    __X__  (1)    Nature and circumstances of the offense charged:
        __X__  (a)    The crimes: (Count I) False Statement in Application for
                      Passport is a serious crime and carries a maximum penalty of
                      10 years imprisonment, (Count II) Aggravated Identity Theft is a
                      serious crime and carries a maximum penalty of 2 years
                      imprisonment, and (Count III) Falsely Represented a Social
                      Security Number to be hers is a serious crime and carries a
                      maximum penalty of 5 years imprisonment.
        ____   (b)    The offense is a crime of violence.
        ____   (c)    The offense involves a narcotic drug.
        ____   (d)    The offense involves a large amount of controlled substances,
                      to wit: _____

    ____   (2)    The weight of the evidence against the defendant is high.
    __X__  (3)    The history and characteristics of the defendant including:
               (a)    General Factors:

      _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

      _____ The defendant has no family ties in the area.

      _____ The defendant has no steady employment.

      _____ The defendant has no substantial financial resources.

      _____ The defendant is not a long time resident of the community.

      _____ The defendant does not have any significant community ties.

      _____ Past conduct of the defendant:

      _____ The defendant has a history relating to drug abuse.

      _____ The defendant has a history relating to alcohol abuse.

      _____ The defendant has a significant prior criminal record.

      _____ The defendant has a prior record of failure to appear at court proceedings.

(b)   At the time of the current arrest, the defendant was on:

      _____ Probation

      _____ Parole

      _____ Supervised Release

      _____ Release pending trial, sentence, appeal or completion of sentence.

(c)   Other Factors:

      __X__ The defendant is an illegal alien and is subject to deportation.

      _____ The defendant is a legal alien and will be subject to deportation if convicted.

      __X__ The Bureau of Immigration and Customs Enforcement (BICE) has placed a detainer with the U.S. Marshal.

      __X__ Other: Use of Alias, Contacts with Mexico and Passport Fraud.

_____ (4)   The nature and seriousness of the danger posed by the defendant's release are as follows: _____

_____

_____

D. **Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections

facility in which the defendant is confined deliver the defendant to a
United States Marshal for the purpose of an appearance in connection
with a court proceeding.


DATED this 3rd day of September, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge